# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1039. STEVEN NOEL TURNER v. THE STATE**

Upon consideration of the Appellant's Unopposed Motion to Remand the above styled case to the Superior Court of Hall County so this case may proceed through interlocutory procedure, the same is hereby GRANTED. The Appellant's Motion for Extension of Time to File a Brief is hereby MOOTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/14/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.